UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| S.A. AND L.A., BY THEIR NEXT FRIEND ANGIE ALLEN; H.B., BY HER NEXT FRIEND JULIE BEANER; Ad.S. AND Al.S., BY THEIR NEXT FRIENDS BRYAN SCHAVE AND BRANDI SCHAVE; S.D., BY HER NEXT FRIENDS JENNIFER DEGROOT AND PHILIP DEGROOT; A.L., BY HER NEXT FRIEND NATHAN LEUNING; M.B., BY HER NEXT FRIEND JOSEPH BILDERBACK; M.D., BY HER NEXT FRIEND DAVID DENSON; M.W., BY HER NEXT FRIENDS EUGENE WARE AND MARSHA WARE; K.A., BY HER NEXT FRIEND CATHY ANDERSON, and R.T., BY HER NEXT FRIENDS LUKE AND BOBBIE TIBBETTS<br><br>    Plaintiffs,<br><br>v.<br><br>SIOUX FALLS SCHOOL DISTRICT 49-5; DR. JANE STAVEM, in her official capacity as Superintendent of the Sioux Falls School District 49-5, and CASEY MEILE, in his official capacity as Coordinator of Athletics for the Sioux Falls School District No. 49-5<br><br>    Defendants. | Case No. 4:23-cv-04139-KES<br><br><br><br><br><br><br><br><br><br>PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION |

Pursuant to Federal Rule 65(b) of Civil Procedure, Plaintiffs move for a temporary restraining order restraining the Sioux Falls School District (the "District") from selling or taking any action to transfer ownership of gymnastics equipment that was used as part of the

1

gymnastics program that the District has proposed to eliminate as part of its 2023-2024 budget. Plaintiffs further seek a preliminary injunction enjoining the District from eliminating the girls' gymnastics program, on the grounds that the proposed elimination violates Title IX and its implementing regulations and violates Plaintiffs' right to equal protection under the law.

The Motion is supported by Brief in Support of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction, together with the Affidavit of Alex Hagen and the exhibits attached thereto.

This Motion, together with the Brief and supporting materials, is being contemporaneously served on counsel for the Sioux Falls School District, Mr. Reece Almond, with whom the undersigned counsel has had previous discussions about the underlying lawsuit.

Date: September 12, 2023.

        CADWELL SANFORD DEIBERT & GARRY LLP

        By  */s/ Alex M. Hagen*
           Alex M. Hagen
           Claire Wilka
           200 East 10th St., Suite 200
           Sioux Falls SD 57104
           ahagen@cadlaw.com
           cwilka@cadlaw.com
           (605) 336-0828
           Attorneys for Plaintiffs
           *Electronically Filed*